

# Missouri Court of Appeals
## Southern District

**MARCH 24, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33197 & SD33198 (Consolidated)

    Re:    JAMES CONNELL ANTHONY,
             Movant-Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent-Respondent.

2.    Case No.  SD33160

    Re:    JESSE LEE BILYEU, GLENNA JEAN
             BILYEU, MARTIN T. CRIDER, JERRY
             L. CRIDER, and AMBER VEASMAN,
             Plaintiffs-Appellants,
             and
             JASON VEASMAN,
             Plaintiff,
             v.
             JERRY E. VAILL and BETTY J.
             VAILL,
             Defendants-Respondents.